NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KEITH BRADLEY and PRISCILLA
BRADLEY,                                                )
                                                        )
                                                        )
          Appellants,                                   )
                                                        )
v.                                                      )        Case No. 2D17-3764
                                                        )
SARASOTA COUNTY, a political                            )
subdivision of the State of Florida,                    )
                                                        )
          Appellee.                                     )
_____)

Opinion filed September 5, 2018.

Appeal from the Circuit Court for
Sarasota County; Andrea McHugh,
Judge.

Carl E. Patrick, Fairlawn, Ohio, for
Appellants.

Stephen E. De Marsh, County Attorney,
Bora S. Kayan and Scott T. Bossard,
Assistant County Attorney, Sarasota, for
Appellee.


PER CURIAM.


          Affirmed.


KHOUZAM, CRENSHAW, and ATKINSON, JJ., Concur.